**John J. UCKELE, Petitioner,**

v.

**Dr. Ivan W. STEELE, Warden, Medical Center for Federal Prisoners, Springfield, Missouri.**

No. 15373.

United States Court of Appeals
Eighth Circuit.

July 1, 1955.

John J. Uckele, pro se.

PER CURIAM.

Motion of petitioner for leave to proceed on appeal from United States District Court, Western District of Missouri, in forma pauperis denied, etc.

**Robert Vernon PRINCE, Petitioner,**

v.

**UNITED STATES of America.**

No. 15376.

United States Court of Appeals
Eighth Circuit.

July 7, 1955.

Robert Vernon Prince, pro se.

PER CURIAM.

Motion of petitioner for leave to prosecute in forma pauperis appeal from United States District Court, Northern District of Iowa, denied, etc.

**SCHERFE INSURANCE AGENCY, a Corporation, et al., Appellants,**

v.

**AMERICAN UNIVERSAL INSURANCE COMPANY, a Corporation et al.**

No. 15384.

United States Court of Appeals
Eighth Circuit.

July 15, 1955.

Johnson & Phelan, Fort Madison, Iowa, for appellants.

McManus & McManus, Keokuk, Iowa, and Lord, Bissell & Brook, Chicago, Ill., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of diligent prosecution, on motion of appellees.

**Gordon A. SHEPHERD, Petitioner,**

v.

**UNITED STATES of America.**

No. 15375.

United States Court of Appeals
Eighth Circuit.

July 7, 1955.

Gordon A. Shepherd, pro se.

PER CURIAM.

Application and Motion of Petitioner for leave to proceed in forma pauperis on appeal from United States District Court, Northern District of Iowa, denied, etc.

**John E. VON DORN, as Liquidating Trustee for Master Laboratories, a Copartnership, Appellant,**

v.

**UNITED STATES of America.**

No. 15338.

United States Court of Appeals
Eighth Circuit.

July 7, 1955.

John E. von Dorn, pro se.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.